

**FILED**

AUG 0 2 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      **Plaintiff,**<br><br>v.<br><br>ALEXANDER  NICHOLAUS<br>SWEET,<br><br>                     **Defendant.** | Case No. **21 CR 34 0 JFH**<br><br>**INDICTMENT**<br>[COUNT ONE: 18 U.S.C. § 2422(b)<br>– Coercion and Enticement of a<br>Minor;<br>COUNT TWO: 18 U.S.C. §§<br>2251(a) and 2251(e) – Production of<br>Child Pornography;<br>COUNT THREE: 18 U.S.C. §§<br>2252(a)(2) and 2252(b)(1) – Receipt<br>of Child Pornography;<br>COUNT FOUR: 18 U.S.C. §§<br>2252(a)(4) and 2252(b)(2) –<br>Possession of Child Pornography] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### [18 U.S.C. § 2422(b)]

From September 2019, to on or about July 26, 2021, in the Northern District of Oklahoma, the defendant, **ALEXANDER  NICHOLAUS SWEET**, did use any facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, M.L.C., a minor who had not attained the age of 18 years and whose identity is known to the Grand Jury, to engage in any sexual activity for which any person could be charged with an offense.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
### [18 U.S.C. §§ 2251(a) and 2251(e)]

From September 2019, to on or about July 26, 2021, in the Northern District of Oklahoma, the defendant, **ALEXANDER NICHOLAUS SWEET**, did employ, use, persuade, induce, entice, and coerce M.L.C., a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular phone, and were mailed, transported and transmitted using a means and facility of interstate and foreign commerce and in or affecting interstate commerce, including by computer and cellular phone.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT THREE
### [18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)]

From September 2019, to on or about July 26, 2021, in the Northern District of Oklahoma the defendant, **ALEXANDER  NICHOLAUS SWEET**, knowingly received and distributed visual depictions of a minor engaging in sexually explicit conduct in one or more image files and video files, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials that had been so shipped and transported, by any means including by computer. The production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT FOUR
### [18 U.S.C. §§ 2252(a)(4) and 2252(b)(2)]

From September 2019, to on or about July 26, 2021, in the Northern District of Oklahoma the defendant, **ALEXANDER  NICHOLAUS SWEET**, knowingly possessed and knowingly accessed with intent to view visual depictions of a minor engaging in sexually explicit conduct in one or more image files and video files. The production of the visual depictions involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4) and 2252(b)(2).

CLINTON J. JOHNSON
Acting United States Attorney

A TRUE BILL


D. EDWARD SNOW
Assistant United States Attorney

_/s/ Grand Jury Foreperson_
Grand Jury Foreperson