IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER NICHOLAUS SWEET,

    Defendant.

Case No. 21-CR-340-JFH

We the Jury, duly empaneled in the above case, find the following as to Defendant Alexander Nicholaus Sweet:

**Count One of the Superseding Indictment:**
**Coercion and Enticement of a Minor**
18 U.S.C. § 2422(b)

Not Guilty _____

Guilty __X__

**Count Two of the Superseding Indictment:**
**Production of Child Pornography**
18 U.S.C. §§ 2251(a) and 2251(e)

Not Guilty _____

Guilty __X__

**Count Three of the Superseding Indictment:**
**Receipt and Distribution of Child Pornography**
18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)

Not Guilty _____

Guilty __X__

Case 4:21-cr-00340-JFH   Document 132 Filed in USDC ND/OK on 04/20/22   Page 2 of 2

**Count Four of the Superseding Indictment:**
**Possession of Child Pornography**
18 U.S.C. §§ 2252(a)(4) and 2252(b)(2)

Not Guilty _____

Guilty __X__

**Count Five of the Superseding Indictment:**
**Production of Child Pornography**
18 U.S.C. §§ 2251(a) and 2251(e)

Not Guilty _____

Guilty __X__

**Count Six of the Superseding Indictment:**
**Production of Child Pornography**
18 U.S.C. §§ 2251(a) and 2251(e)

Not Guilty _____

Guilty __X__

**Count Seven of the Superseding Indictment:**
**Production of Child Pornography**
18 U.S.C. §§ 2251(a) and 2251(e)

Not Guilty _____

Guilty __X__

__4/20/2022__
DATE

