IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
  Plaintiff, )
V. ) Case No. 21-CR-340-JFH
ALEXANDER NICHOLAUS SWEET, )
  Defendant. )

**Request For Search Warrant Receipts, Copies, And Inventory Returns And Items of Consent Searches**

COMES NOW, Defendant Alexander Nicholaus Sweet proceeding Pro Se and in support of the above-styled request says:

Defendant wishes to expand from his previously dismissed request for obtaining copies and inventories of all search warrants executed in connection with the seizure of his property, or of any property or contents so searched and seized which was obtained from his premises or belonging to the Defendant. Such request was similarly made styled as a motion to compel discovery earlier in the case (Defendant notes that he would cite the record document at this point but has not been given full access to the records entitled to him in this case despite his repeated requests to his former counsels of record and his desire to have all of these records made known to the court).

Defendant makes this request for purposes necessary to obtain evidence of violations of his constitutional rights under the Due Process clause of the Fourteenth Amendment as well as purposes necessary in determining and establishing his property interests by the items so requested herein to support a motion to Return Property under Federal Rules of Criminal Procedure Rule 41(g) among other reasons to be determined.

Defendant has never been served a warrant by the executing officer of any warrant nor been given a receipt for the property taken. (Fed. R. Crim. P. Rule 41(f)(1)(C)).

Defendant has not received a copy of the inventory of the property taken from him or his premises by the judge despite Defendant's motion to compel discovery of such in his previously dismissed Pro Se motion (Fed. R. Crim. P. Rule 41(f)(1)(C)).

### Relief Sought

Wherefore, premises considered, Defendant requests the Court to provide the following things to the Defendant at his address designated below:

Copies of all search warrants issued by any magistrate of this judicial district court issued from September 1st, 2019 to present date purported to search for or to seize property of the Defendant or

property located within the purported premises of the Defendant with all of such search warrants' related items including —
a.) transcripts of any testimony taken in support of each such warrant,
b.) any affidavits taken or considered in support of each such warrant,
c.) any duplicate original warrants,
d.) any returns of inventory with descriptions,
e.) any receipts which were or was meant to be provided to the Defendant by the officer executing each such warrant,
f.) any inventories of each such warrant,
g.) any other such items.

Furthermore, Defendant requests the court to provide returns of inventory of all search and seizures of Defendant's purported property or of property which was taken from Defendant's purported premises that have not been returned to the Defendant. To the extent the Court cannot provide such and given the Government's blatant refusal to attempt to confer in good faith over discovery with the Defendant the Defendant moves the Court to compel the disclosure of this information regardless of the issuance of any warrant, claims of consent to search, third party claims of property interest, plain view claim, or any other basis

for holding or seizing such property. This is to include descriptions of all seized or copied electronically stored information seized, copied, or otherwise taken into knowledge as evidence by the officer executing the search which was found to be contained within any electronic storage media seized within Defendant's purported premises including his vehicle seized at the time of his arrest. Defendant requests a hearing on this matter in the event the Government decides to file a response objecting to any such disclosure.

Defendant further requests any other things which this court may deem equitable and proper.

### Certificate of Mailing

This is to certify that on 07/22/22, I Alexander N. Sweet did mail, with prepaid postage, the foregoing Request to Plaintiff at:     United States Attorney Assistant
110 West 7th St.
#300
Tulsa, OK 74119

I, Alexander N. Sweet swear under penalty of perjury that the foregoing, to the best of my knowledge, is true.
Date: 07/22/22
                                        x Al Sweet (+)
                                        Alexander N. Sweet -22121218
                                        315 W. 8th St.
                                        Okmulgee, OK 74447



Alexander N. Sweet - 20121218
OCCJA
315 W. 8th St.
Okmulgee, OK 74447

21-CR-340-JFH

Court Clerk
ND/OK
333 W. 4th St.
Tulsa, OK 74103

TULSA OK 740
25 JUL 2022 PM 3 L
Postmarked 7/25/2022

* Legal Mail *
RECEIVED
JUL 27 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

74103-383853