UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | | |
|---|---|---|
| | Plaintiff, | Case No.: 21-CR-340-JFH |
| vs. | | Date: 4/28/2023 |
| | | Court Time: 10:30-11:00, 11:05-11:10 |
| Alexander Nicholaus Sweet, | | |
| | Defendant(s). | **MINUTE SHEET - SENTENCING** |

John F. Heil III, Chief U.S. District Judge    P. Lynn, Deputy Clerk    Laura Griffin, Reporter
Counsel for Plaintiff: Ed Snow, Leah Paisner    Counsel for Defendant: Lance Phillips,
Probation Officer: Tony Marsh

☒ Defendant appears in person with counsel
☒ Plaintiff & Defendant reviewed PSI:    ☒ Objs by:    ☒ Pltf    ☒ Deft;    ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;
☒ Sentence re: Guideline; ☒ Findings made;    ☐ Departure:    ☐ Variance:    ☐ Upward    ☐ Downward
☒ Victim present and heard;
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown

**SENTENCE: As to Count(s)** 1-7    of the Superseding Indictment
☒ Bureau of Prison for a term of    Ct 1 – Life; Ct 2,5,6,7 - 360 months; Ct 3 – 240 months; Ct 4 – 120 months
☒ Supervised Release for term of    Life each count    ☐ Concurrent    ☐ Consecutive    ☐ Not Imposed
☒ Special Monetary Assessment    $ 100 each count    ☒ Due Immediately    ☐ As Directed

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**
☒ Firearm, Ammunition, et al Restriction    ☐ Gambling;    ☐ to include treatment
☒ DNA Sample    ☐ Home Detention Condition -    months*
☒ Controlled Substances Restriction    ☐ Immigration
☒ Drug Testing    ☐ Drug Testing Suspended    ☒ Mental health    ☐ to include treatment
☒ No contact with Victim
☒ Sex Offender - Paragraphs    1-5,7

☒ Defendant advised of right to appeal    Court recommends to BOP:
☒ Designate a facility located in or near: Marion Illinois
☒ Most comprehensive substance abuse treatment available
☒ Remaining counts ordered dismissed: Original indictment
☒ Defendant remanded to custody of U.S. Marshal