IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER NICHOLAUS SWEET,<br><br>Defendant. | Case No. 21-CR-340-JFH |

## OPINION AND ORDER

Before the Court is Defendant's pro se Request for written Record of Findings and Determinations filed on March 18, 2025. Dkt. No. 225.[1] This Court lacks jurisdiction to grant the relief requested, and Defendant's motion is denied.

On April 20, 2022, Defendant was found guilty by a duly empaneled jury of his peers of: one count of Coercion and Enticement of a Minor in violation of 18 U.S.C. §2422(b); four counts of Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and 2251(e); one count of Receipt and Distribution of Child Pornography in violation of 18 U.S.C. §§2252(a)(2) and 2252(b)(1); and one count of Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4) and 2252(b)(2). Dkt. No. 132. On April 28, 2023, Defendant was sentenced for these offenses. Dkt. Nos. 163, 165. Defendant subsequently appealed his conviction and sentence, which appeal was denied. Dkt. Nos. 215, 216, 217.

---

[1] Defendant also filed a document entitled Amendment to Request for Written Record of Findings and Determinations to correct a typographical error in his Motion at Dkt. No. 225. Dkt. No. 226. The Court will resolve both of Defendant's Motions together.

Defendant's sentencing terminated this case and the Court's jurisdiction over the case, except in certain narrow circumstances:

> Once a judgment of conviction has been entered, a prison sentence has been imposed and the defendant has begun the service of his term, jurisdiction of the court over the defendant and the criminal proceedings comes to an end except for such remedies as may be provided by the Federal Rules of Criminal Procedure, 28 U.S.C. § 2255, or the all-writs section, 28 U.S.C. § 1651.

*United States v. Rector*, 2008 U.S. Dist. LEXIS 101869, *2-3 (E.D. Cal. Dec. 3, 2008) (quoting *United States v. Gernie*, 228 F. Supp. 329, 332 (S.D.N.Y. 1964)).

Defendant requests that the Court "provide access" to a written record of findings and determinations made regarding Defendant's factual objections to the presentence investigation report. Dkt. No. 225. Defendant has failed to demonstrate any basis upon which this Court may exercise jurisdiction to provide the relief requested, and this Court is unable to identify any such basis for jurisdiction.

IT IS THEREFORE ORDERED that Defendant's Motions at Dkt. Nos. 225 and 226 are DENIED.

Dated this 23rd day of May 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE